UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ELEES JOSEPH LANTON,

    Petitioner,

v.

BLAINE LAFLER,

    Respondent.

_____/

Civil No. 06-11103
Honorable George Caram Steeh

## ORDER GRANTING PETITIONER'S MOTION TO AMEND

Petitioner Elees Lanton filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer to the petition. Before the Court is Petitioner's motion seeking leave to amend his brief in support of his petition. (Dkt. # 33).

Petitioner requests that the Court permit him to amend his petition to add arguments in support of his tenth and eleventh habeas claims. Although Respondent has already filed a response, Federal Rule of Civil Procedure 15 provides that the Court should freely allow a party to amend when justice so requires. FED. R. CIV. P. 15(a)(2). Here, Respondent has already addressed the arguments raised in Petitioner's amended brief in its answer. The Court concludes that Respondent will not be prejudiced by allowing Petitioner to amend his brief to add these additional arguments.

Accordingly, the Court **GRANTS** Petitioner's motion to amend the brief in support of his habeas petition, and deems the attached amended brief as filed.

1

**IT IS SO ORDERED.**

Dated: March 1, 2012

              S/George Caram Steeh  
              GEORGE CARAM STEEH  
              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 1, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee  
Deputy Clerk